UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-mj-03188- Louis

UNITED STATES OF AMERICA

vs.

EDWARD LEE,

    Defendant.
_____/

## COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:    *s/Yeney Hernandez*
        YENEY HERNANDEZ
        Assistant United States Attorney
        Court ID No. A5502300
        99 N.E. 4th Street
        Miami, Florida 33132-2111
        TEL (305) 961-9277
        FAX (305) 536-4699
        Yeney.Hernandez@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| --- | --- |
| v. | ) |
| EDWARD LEE, | ) Case No. 19-mj-03188-Louis |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 13, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Igor V. Volkov, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/26/2019

_____
Judge's signature

City and state: Miami, Florida

Hon. Lauren F. Louis, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

Your Affiant, Igor V. Volkov, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice ("DOJ"), currently assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division. My duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI Special Agent since May 2019 and have been assigned to the Miami Division since June 2019.

2. This Affidavit is submitted in support of a criminal complaint charging Edward Lee ("LEE"), with bank robbery, in violation of Title 18, United States Code, Section 2113(a). The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause to charge LEE for the above-described criminal violation.

## PROBABLE CAUSE

1. On July 13, 2019, shortly before 1 p.m., a black male, later identified as LEE, arrived at the Chase Bank branch located at 80 SW 8th Street, Suite 100, Miami, Florida, 33130. At the time of the robbery, Chase Bank's deposits were insured by the Federal Deposit Insurance Corporation ("FDIC").

2. The victim teller described the robber as an African American male, approximately 5'7" to 5'9" tall, wearing a white short-sleeve T-shirt, with a stain or smudge on the right side of

the T-shirt, and dark pants. The victim teller also stated that the robber had a black, star-shaped arm tattoo with cursive writing on his left upper arm. LEE was carrying a black backpack.

3. After entering the bank, LEE approached the victim bank teller and stated something to the effect of "I need money." He then handed the teller his wallet and a Texas driver's license with the name "Edward Lee." The victim teller compared the photograph on the Texas license to the person who handed her the license and confirmed this was the same person. The teller then queried Chase's internal account system using the proffered license and matched the address from the license to the address on the account. The victim teller informed LEE that his account had been charged off and closed, and directed him to see one of the other Chase employees to resolve that issue.

4. After the victim teller handed LEE his wallet and driver's license, LEE handed the letter a demand note that read: "No police!!! Put money $1,000 in bag." The demand note was written on a brown paper bag in blue ink. The victim teller pressed the alarm button as soon as she read the note. Although the victim teller wanted to move away from the teller station when she saw the demand note, she decided against it when LEE signaled to his backpack with his eyes. LEE "signaled" to the backpack by looking at the victim teller and moving his eyes to the backpack multiple times. Based on this behavior, the victim teller was concerned that LEE may have a weapon in the backpack and may endanger colleagues or clients inside the bank. The victim teller opened her teller drawer, took out $1,000, in cash, counted it twice, put the money in a small Chase Bank cash envelope and gave it to LEE, who then fled the bank. The demand note was left on the teller counter and later moved by the victim teller to a chair.

5. The robbery was captured on Chase Bank's surveillance cameras. While a full review of the footage remains pending, bank investigators provided screen shots of the surveillance

2

video that shows LEE at the victim teller's window wearing clothing fitting the bank teller's description and carrying a backpack as the teller described.

6. Law enforcement confirmed that LEE previously had a bank account with Chase, which account was opened in June 2014 and closed in January 2015.

7. Law enforcement showed the victim teller the Texas driver's license photo of LEE and asked if she recognized the individual in the photograph. The victim teller recognized the photograph as that of the bank robber and added that "his eyes stood out." In addition to recognizing LEE's photograph, the victim teller described a red and black star tattoo with cursive writing on the robber's upper arm.

8. On July 17, 2019, law enforcement reviewed LEE's information on various law enforcement databases, which confirmed LEE was 5'8" tall. LEE's photographs, which were included in his database records, were consistent with the height, build and facial features of the subject in the Chase surveillance footage. Additionally, booking photos from LEE's prior arrest showed that he has a tattoo on his upper left arm, which depicts a bomb with a star-shaped explosion outline in red and orange.

9. On July 17, 2019, law enforcement reviewed video surveillance from the building that Chase Bank is situated within. The surveillance footage showed the Chase Bank robber walking around the interior and exterior of the building.

10. Records searches also revealed that, on May 26, 2015, LEE pleaded guilty to attempted bank robbery in federal district court for the Northern District of Texas, Dallas Division. (*See* United States v. Edward Lee, Case No. 3:14-cr-00426-L.) In that case, on September 27, 2014, LEE entered a Chase Bank in Dallas, Texas, and presented one of the tellers with a note that read: "I need $3000 I have a bomb." The teller did not give LEE any money.

3

## CONCLUSION

11. Based on my training and experience, and as further supported by the facts in this Affidavit, I respectfully submit that probable cause exists to charge LEE with bank robbery, in violation of Title 18, United States Code, Sections 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
IGOR V. VOLKOV
SPECIAL AGENT, FBI

Subscribed and sworn before me
this 26 day of July 2019.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

4